```
 1  WRIGHT, FINLAY & ZAK, LLP
    Dana Jonathon Nitz, Esq.
 2  Nevada Bar No. 50
    Jory C. Garabedian, Esq.
 3  Nevada Bar No. 10352
    5532 South Fort Apache Road, Suite 110
 4  Las Vegas, NV 89148
 5  (702) 475-7964; Fax: (702) 946-1345
    jgarabedian@wrightlegal.net
 6  Attorneys for Appellee, CAM 1TRUST/HMC ASSETS, LLC
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>LEONOR M. DE LOS SANTOS,<br>Debtor. | Bankruptcy Case No. 14-10902 MKN |
| LEONOR M. DE LOS SANTOS,<br>Plaintiff(s),<br>v.<br>NATIONSTAR, LLC, et al.,<br>Defendant(s). | Case No. 2:14-cv-1522 JCM<br><br>**SUBSTITUTION OF ATTORNEY** |
| LEONOR M. DE LOS SANTOS,<br>Appellant(s),<br>v.<br>CAM I TRUST/HMC ASSETS, LLC, et al.,<br>Appellee(s). | |

## SUBSTITUTION OF ATTORNEY

Appellee, CAM I TRUST/HMC ASSETS, LLC, hereby substitutes and appoints the law firm of WRIGHT, FINLAY & ZAK, LLP as its attorneys in the above-entitled matter in place and stead of the law firm Miles, Bergstrom & Winters, LLP FKA Miles, Bauer, Bergstrom & Winters, LLP.

DATED this ____ day of _____, 2014.

CAM I TRUST/HMC ASSETS, LLC

By: _____
Name: _____
Its: _____ MANAGER

Miles, Bergstrom & Winters, LLP FKA Miles, Bauer, Bergstrom & Winters, LLP hereby substitutes in its place and stead the law firm of WRIGHT, FINLAY & ZAK, LLP as attorneys for Appellee, CAM I TRUST/HMC ASSETS, LLC, in the above-entitled matter.

DATED this ____ day of _____, 2014.

MILES, BERGSTROM & WINTERS, LLP

_____
Douglas E. Miles, Esq.
Nevada Bar No. 4007
600 Anton Blvd., 11th Floor/Suite 1100
Costa Mesa, CA 92626

WRIGHT, FINLAY & ZAK, LLP hereby accepts substitution as attorneys for Appellee, CAM I TRUST/HMC ASSETS, LLC, in the above-entitled matter in place and stead of Miles, Bergstrom & Winters, LLP FKA Miles, Bauer, Bergstrom & Winters, LLP.

DATED this 8th day of December, 2014.

WRIGHT, FINLAY & ZAK, LLP

Jory C. Garabedian, Esq.
Nevada Bar No. 10352
5532 S. Fort Apache Rd., Suite 100
Las Vegas, Nevada 89148

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **SUBSTITUTION OF ATTORNEY** was made on the 9th day of December, 2014, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing and to the following by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Nationstar, LLC
350 Highland Dr
Lewisville, TX 75067
*Defendant, pro se*

Leonor De Los Santos
5440 Escallonia Street
Las Vegas, Nevada 89149
*Plaintiff/Appellant pro se*

U.S. Trustee, Las Vegas
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101-5803

An Employee of WRIGHT, FINLAY & ZAK, LLP