UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br>LEONOR M. DE LOS SANTOS,<br>            Debtor.<br>───────────────────────<br>LEONOR M. DE LOS SANTOS,<br>            Plaintiff(s),<br>      v.<br>NATIONSTAR, LLC, et al.,<br>            Defendant(s).<br>───────────────────────<br>LEONOR M. DE LOS SANTOS,<br>            Appellant(s),<br>      v.<br>CAM I TRUST/HMC ASSETS, LLC, et al.,<br>            Appellee(s). | Bankruptcy Case No. 14-10902 MKN<br><br>Case No. 2:14-CV-1522 JCM<br><br>ORDER |

     Presently before the court is *pro se* appellant Leonor De Los Santos' motion requesting a second extension of time (doc. # 16) to file her reply brief.

     Appellant asserts that an extension is necessary to give her an appropriate opportunity to submit her reply brief. Appellant requests until March 9, 2015, to file.

. . .

**James C. Mahan**
**U.S. District Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellant's motion to extend time (doc. # 16) be, and at the same time hereby is, GRANTED.

IT IS FURTHER ORDERED that appellant shall have up to, and including, Monday, March 9, 2015, in which to file her reply brief before this court.

DATED February 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -